

# THE THIRTEENTH COURT OF APPEALS

## 13-23-00450-CR

ARMANDO DEL ANGEL CRUZ
v.
THE STATE OF TEXAS

On Appeal from the
332nd District Court of Hidalgo County, Texas
Trial Court Cause No. CR-1317-22-F

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be affirmed. The Court orders the judgments of the trial court AFFIRMED, as to each count.

We further order this decision certified below for observance.

February 27, 2025